UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 11-78 (JNE/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| 2) RIGOBERTO BUSTO-MAGARAN, 6) JOSE HERNANDEZ-BUSTOS, and 7) LUIS A. MENDOZA-CABRERA, | |
| Defendants. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 27, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant Luis A. Mendoza-Cabrera's Motion to Suppress Evidence as a Result of Electronic Surveillance [Docket No. 110] is **DENIED**;

2. Defendant Rigoberto Busto-Magaran's Pretrial Motion to Dismiss Count 1 [Docket No. 135] is **DENIED WITHOUT PREJUDICE**; and

3. Defendant Jose Hernandez-Bustos's Motion to Suppress Contents of Intercepted Wire and Oral Communications [Docket No. 193] is **DENIED**.

Dated: 6-29-2011         s/ Joan N. Ericksen
                         JOAN N. ERICKSEN
                         United States District Judge